**Darryl Lewis HARRIS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 03–6790.

United States Court of Appeals, Fourth Circuit.

Submitted July 24, 2003.

Decided Oct. 7, 2003.

Darryl Lewis Harris, pro se.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl Lewis Harris appeals the district court's order dismissing his motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. United States*, Nos. CR–95–171; CA–99–01506–2 (E.D.N.C. May 1, 2003). We deny Harris's motion for production of documents and his request to stay his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*